UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETH C.,[1]<br><br>                       Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                       Defendant. | Case No.: 24-cv-1251-MMP<br><br>**ORDER GRANTING JOINT MOTION FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920**<br><br>[ECF No. 16] |

Before the Court is the parties' Joint Motion for the Award of Attorney Fees and Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and Costs Pursuant to 28 U.S.C. § 1920 ("Joint Motion"). ECF No. 16. Based on the parties' submission and their stipulation to the fee award, the Court **GRANTS** the Joint Motion and awards Plaintiff attorney's fees in the amount of $4,029.44 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $405.00 pursuant to 28 U.S.C. § 1920, subject

---

[1] In accordance with Civil Local Rule 7.1(e)(6)(b), the Court refers to all non-government parties by using their first name and last initial.

1 to the terms of the Joint Motion, including but not limited to, any offset as determined by
2 the Government.

3   **IT IS SO ORDERED**.

4 Dated:  April 17, 2025

_____
HON. MICHELLE M. PETTIT
United States Magistrate Judge